## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | |
|---|---|
| DuWayne Ternes, as personal representative of the estate of Derek John Ternes, and M.M.T., a minor, by and through her mother and legal custodian, Lacey Lynn Ternes, | ) ) ) ) ) ) |
| Plaintiffs, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) |
| | ) |
| New Freedom Center, Inc., a North Dakota Business Corporation, and Noridian Mutual Insurance Company, a North Dakota Insurance Corporation, d/b/a Blue Cross Blue Shield of North Dakota, | ) ) ) ) ) |
| | ) Case No. 1:13-cv-057 |
| Defendants. | ) |

Before the court are Motions for attorneys Brian W. Thomson and David R. Crosby to appear *pro hac vice* on Defendant Noridian Mutual Insurance Company's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Brian W. Thomson and David R. Crosby have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, Defendant Noridian Mutual Insurance Company's motions (Docket Nos. 12-13) are **GRANTED**. Attorneys Brian W. Thomson and David R. Crosby are admitted to practice before this court in the above-entitled action on behalf of Defendant Noridian Mutual Insurance Company.

**IT IS SO ORDERED.**

Dated this 17th day of June, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge